FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>SADY NAVARRO,<br><br>     Defendant. | No: 4:26-CR-06009-RLP-1<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION ON GUILTY PLEA AND SETTING SENTENCING SCHEDULE |

On June 9, 2026, Sady Navarro appeared before United States Magistrate Judge Alexander C. Ekstrom and entered a plea of guilty to plea of guilty to Counts One through Five (1–5) of the Indictment, ECF No. 1, which charge Defendant with Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return, in violation of 26 U.S.C. § 7206(2). Ms. Navarro executed a written waiver of the right to enter her plea of guilty before the presiding United States District Judge and a written consent to proceed before a United States Magistrate Judge. ECF No. 42. Ms. Navarro was represented by attorney Mitchell

ORDER ACCEPTING REPORT AND RECOMMENDATION RE GUILTY
PLEA AND SETTING SENTENCING SCHEDULE ~ 1

Crook; Assistant United States Attorney Tyler Tornabene appeared on behalf of the United States.

United States Magistrate Judge Ekstrom filed a Report and Recommendation on June 9, 2026, ECF No. 44, finding that Defendant is fully competent and capable of entering an informed plea, that Defendant is aware of the nature of the charges and consequences of the plea, and that the plea of guilty is knowing, voluntary, is not induced by fear, coercion, or ignorance, and is supported by an independent report basis in fact establishing each of the essential elements of the crime.

The Court adopts the Magistrate Judge's Report and Recommendation, ECF No. 44, and accepts Defendant's plea of guilty.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.      A sentencing hearing is set as indicated in the Summary of Deadlines below.  Absent truly exigent circumstances, the Court will not consider a request for a continuance of sentencing unless: (1) the request is made by written motion, (2) in accordance with LCivR 7, and (3) the motion and supporting declaration are filed at least seven (7) days before the scheduled sentencing hearing.

2.      The Defendant shall remain released to pretrial supervision pursuant to the release order in this matter. ECF No. 10. **If a sentence of incarceration is imposed, Defendant shall be taken into custody at the time of sentencing.**

ORDER ACCEPTING REPORT AND RECOMMENDATION RE GUILTY
PLEA AND SETTING SENTENCING SCHEDULE ~ 2

3.     The United States Probation Office shall prepare a Presentence Investigation Report (PSIR) pursuant to Fed. R. Crim. P. 32(c).

4.     Not later than the date indicated in the Summary of Deadlines below, the probation officer shall disclose the Presentence Investigation Report to Defendant, counsel for Defendant, and the Government. Disclosure of the Presentence Investigation Report shall be subject to the limitations imposed by Rule 32 of the Federal Rules of Criminal Procedure.

5.     Not later than the date indicated in the Summary of Deadlines below, counsel shall communicate in writing to the probation office (and opposing counsel) any objections they may have as to legal and factual errors or omissions; sentencing classifications; sentencing guideline ranges; and policy statements contained in or omitted from the report. The probation officer shall conduct such additional investigation as is necessary to assess the merits of the objection.

6.     The probation officer shall submit the final Presentence Investigation Report to the Court by the date indicated in the Summary of Deadlines below. The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations thereon.

7.     Not later than the date indicated in the Summary of Deadlines below, counsel shall file and serve all motions and memoranda pertaining to Defendant's

ORDER ACCEPTING REPORT AND RECOMMENDATION RE GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 3

sentence, including departures and variances, and sentencing recommendations. **FAILURE TO FILE AND SERVE SENTENCING MATERIAL, TO INCLUDE MOTIONS OR MEMORANDA FOR UPWARD OR DOWNWARD DEPARTURE AND VARIANCES, BY THIS DATE WILL BE DEEMED A WAIVER OF THE RIGHT TO DO SO.**

8.     No later than the date indicated in the Summary of Deadlines below, the opposing party shall file and serve its response limited to no more than seven (7) pages.

9.     If either party intends to call witnesses or proffer exhibits at sentencing, witness and exhibit lists must be exchanged by the parties and provided to the Court no later the date indicated in the Summary of Deadlines below. This includes the names of any party who requests to address the Court prior to the imposition of sentence.

10.     Any supplements to the parties' memoranda and responses must be filed and served as soon as possible. The parties are further directed to notify the Courtroom deputy of any supplements to their submissions so that they come to the Court's attention prior to sentencing.

11.     The public and the press have common law and First Amendment rights to access court proceedings and court documents. The Court recognizes that given the availability of electronic records, certain materials are appropriately filed

ORDER ACCEPTING REPORT AND RECOMMENDATION RE GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 4

under seal. However, if a party intends to file materials under seal, the party shall, after considering whether the provisions of Fed. R. Cr. P. 49.1 provide sufficient privacy protection, file a motion to seal applying the Ninth Circuit's methodology as set forth in *United States v. Doe*, 870 F.3d 991 (9th Cir. 2017). No motion to seal is necessary if the materials contain the names of cooperating witnesses or unindicted co-conspirators or reveal ongoing investigations, such materials may be filed under seal without leave of the Court.

12. Sentencings shall be scheduled for a total of 30 minutes. If counsel believes that the sentencing hearing will last longer than 30 minutes, counsel shall notify Chambers by the date set forth in the chart below to ensure that sufficient time is scheduled.

13. All pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

14. The District Court Executive is authorized to accept Defendant's payment(s) toward the Special Penalty Assessment.

SUMMARY OF DEADLINES

| | |
|---|---|
| Draft PSR disclosed: | **July 29, 2026** |
| PSR Objections: | **August 12, 2026.** |
| **Final PSR filed:** | **August 26, 2026** |
| **Sentencing Motions & Memoranda filed:** | **August 12, 2026** |

ORDER ACCEPTING REPORT AND RECOMMENDATION RE GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 5

| Responses filed: | **August 19, 2026**, |
|---|---|
| Deadline to notify Chambers if sentencing will require more than 30 minutes: | **August 26, 2026**. |
| Witness Lists/Exhibit Lists filed: | **August 26, 2026**. |
| **SENTENCING HEARING** | **September 9, 2026, at 2:30 p.m.**, in Richland. |

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

**DATED** June 24, 2026.

REBECCA L. PENNELL
United States District Judge

ORDER ACCEPTING REPORT AND RECOMMENDATION RE GUILTY PLEA AND SETTING SENTENCING SCHEDULE ~ 6